IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT LEE HARRIS,
        Petitioner,
   v.                                 **Judgment in a Civil Case**
UNITED STATES OF AMERICA;
FEDERAL BUREAU OF PRISONS; D.R.
STEPHENS,
        Respondents.               Case Number: 5:11-HC-2190-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 22, 2012, with service on:
Robert Lee Harris 16612-056, Federal Correctional Institution, P.O. Box 1500, Butner, NC 27509 (via U.S. Mail)
Michael James (via CM/ECF Notice of Electronic Filing)

August 22, 2012                                 /s/ Julie A. Richards
                                                        Clerk

Raleigh, North Carolina